# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1795. MICHELLE ROBERTS v. KELVIN NATHANIEL GREEN.**

After the magistrate court entered judgment for plaintiff Michelle Roberts, defendant Kelvin Green appealed to the state court. That court entered judgment in favor of Green. Roberts then filed a direct appeal to this Court. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Thus, Roberts's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/22/2024
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*